# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CRIMINAL DOCKET NO: 3:01CR38-MU

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.    ) | ORDER |
| ) | |
| CARL LEWIS MOSACK ) | |

    **THIS MATTER** comes before the Court on Defendant's Motion to Terminate Supervised Release, filed 3 November 2005. For the reasons stated in the Defendant's motion, and with consent of the Government, the Court finds that early termination of supervised release is appropriate in this case.

    **IT IS, THEREFORE, ORDERED** that the Defendant's Motion is hereby **GRANTED**. Accordingly, the Defendant's supervised release term is hereby **TERMINATED**, effective immediately.

    **IT IS FURTHER ORDERED** that the Clerk of Court mail a copy of this Order to the United States Attorney's Office, Defense Counsel, United States Probation, and the United States Marshal.

**Signed: November 4, 2005**

Graham C. Mullen
Chief United States District Judge